## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LAURA HARRIS, | § | |
| | § | No. 587, 2015 and 588, 2015 |
|     Respondent Below, | § | |
|     Appellant, | § | |
| | § | Court Below - Family Court |
|   v. | § | of the State of Delaware |
| | § | |
| DIVISION OF FAMILY SERVICES, | § | File Nos.  15-01-03TS |
| and COURT APPOINTED SPECIAL | § |            15-01-02TS |
| ADVOCATE, | § | |
| | § | Petition Nos.  15-02338 |
|     Petitioners Below, | § |              15-02332 |
|     Appellees. | § | |

Submitted:  June 15, 2016
Decided:  June 28, 2016

Before **HOLLAND**, **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 28th day of June, 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgments of the Family Court should be affirmed on the basis of and for the reasons assigned by the Family Court in its order dated October 15, 2015 in File No. 15-01-03TS, Petition No. 15-02338 and its order dated October 15, 2015 in File No. 15-01-02TS, Petition No. 15-02332.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_James T. Vaughn_
Justice